UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERRY BARRETT**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.: CV- 09-953 |
| ) | |
| ) | |
| **DIRECTV**, **INC**. et al., ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF VOLUNTARY DISMISSAL *WITH* PREJUDICE OF FINANCIAL ASSET MANAGEMENT SYSTEMS, INC. AND DIRECTV, INC.

**COMES NOW** Plaintiff, by and through the undersigned, and gives notice to this Honorable Court that Plaintiff is hereby dismissing *with* prejudice all claims against Defendants Financial Asset Management Systems, Inc. and Directv, Inc. with each respective party bearing its attorney's fees, costs and expenses. Plaintiff gives notice to this Honorable Court that this cause is now due to be closed.

**RESPECTFULLY SUBMITTED** this the 3rd day of December, 2009.

                                            **/s/ Anthony B. Bush**
                                            Anthony Brian Bush (BUS028)
                                            Bar Id.:  ASB-7306-A54B
                                            **LEWIS, BUSH & FAULK, LLC**
                                            P.O. Box 5059 (36103)
                                            *The Bailey Building*
                                            400 South Union Street, Suite 230
                                            Montgomery, Alabama 36104
                                            Phone:        (334) 263-7733
                                            Facsimile:    (334) 832-4390
                                            Email: anthonybbush@yahoo.com
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of December, 2009 I have served a true and correct copy of the foregoing Notice of Dismissal through the U.S. Postal Mail, properly addressed and postage prepaid, or this Court's CM/ECF electronic filing system, on the following:

**All Parties of Record.**

      /s/ Anthony B. Bush
      Of Counsel